# Exhibit B

On 24 Aug 2016, at 11:39 PM, Taylor, Michael <Michael.Taylor@umusic.com> wrote:

Hi,

Are you around talk?  In melb or LA currently?

I'm ready to eat humble pie and ask if we can work with you to get Be Alright done from the demo – building with what Ryan has done to date and using the demo in the main : )

Best,
Mike



Michael Taylor
Managing Director
Universal Music Australia
tel: +61 2 9207 0641  mob: +61 40 9977 353

**From:** Taylor, Michael Michael.Taylor@umusic.com
**Subject:** Re: Dean Lewis / Be Alright
**Date:** 31 August 2016 at 8:02 pm
**To:** Karen Hume thestablesmusic@gmail.com
**Cc:** Cole, Ally Ally.Cole@umusic.com



Hi Karen,

OK. I do find this response disappointing and somewhat unfair from my perspective, but will accept and move on.

Please send stems. And contracting party name / address / studio address / dates recorded to Ally on CC.

Best,
Michael

---

**From:** Karen Hume <thestablesmusic@gmail.com>
**Date:** Thursday, 1 September 2016 10:22 am
**To:** Michael Taylor <Michael.Taylor@umusic.com>
**Subject:** Re: Dean Lewis / Be Alright

Hey Michael,

$6k for 33% is the best I can do.

Totally understand if that's not in the budget and you go back to using Ryans.

Jon's done a lot of on spec work with Dean, so if he's work is going to be used they'll need to pay for it.

I hope you understand.

K

**EVERMORE**
THE STABLES
MUSIC MANAGEMENT
THE STABLES
RECORDING STUDIO

---

On 31 Aug 2016, at 5:15 PM, Taylor, Michael <Michael.Taylor@umusic.com> wrote:

Hi Karen,

The total we paid to Ryan for everything, studio, musicians, etc was 10 AUD. So if we use that as a base, 6k for 1/3 of a demo to be used in various parts seems high.

Could you agree to 3k AUD if we use 1/3 and 6k if we use half or more?

Best,
Michael