UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| **JON HUME,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**UNIVERSAL MUSIC GROUP, INC. and UNIVERSAL MUSIC AUSTRALIA PTY LIMITED,**<br><br>**Defendants.** | ) | **Civil Action No. 3:24-cv-00746**<br><br>**District Judge Aleta A. Trauger** |

---

## PLAINTIFF'S MOTION FOR LEAVE TO CONDUCT PRELIMINARY JURISDICTIONAL DISCOVERY

---

Plaintiff Jon Hume ("Plaintiff") respectfully moves the Court for leave to conduct preliminary jurisdictional discovery with respect to Defendant Universal Music Group, Inc.'s ("Defendant UMG") Motion to Dismiss for Lack of Personal Jurisdiction (the "Motion"), (D.E. 14).

As set forth herein, and in Plaintiff's accompanying Memorandum of Law and supporting documents, the Court is empowered with broad discretion in permitting jurisdictional discovery. Plaintiff has a good faith basis to believe that Defendant UMG is the party responsible for the exploitation of the sound recording "Be Alright" (the "Sound Recording") in the United States, or, at a minimum, that the exploitation of the Sound Recording is being conducted by a subsidiary or affiliate of Defendant UMG. Plaintiff has conducted a good faith investigation into the allegations in the Complaint involving Defendant UMG, including conferring with counsel for Defendant UMG, who has not been authorized to provide any information regarding the exploitation of the

Sound Recording in the United States. Defendant UMG is the sole party to this action with the knowledge and information necessary for Plaintiff to respond to Defendant's Motion, and it refuses to be forthcoming in providing this information.[1] As a result, Plaintiff is left with no other alternative than to seek leave from the Court to conduct preliminary jurisdictional discovery on this issue.

Based on the foregoing, Plaintiff respectfully requests that the Court grant him leave to conduct preliminary jurisdictional discovery, necessary to substantively respond to Defendant UMG's Motion, on terms that are just.

Respectfully submitted,

*/s/ Jay S. Bowen*

Jay S. Bowen, Esq. (TN BPR No. 2649)
Jacob T. Clabo, Esq. (TN BPR No. 036760)
**BUCHALTER, A Professional Corporation**
1 Music Circle South, Suite 300
Nashville, TN 37203
Telephone: (629) 224-6600
jbowen@buchalter.com
jclabo@buchalter.com

*Attorneys for Plaintiff Jon Hume*

[1] Pursuant to Local Rule 7.01, counsel for Plaintiff has conferred with counsel for Defendant UMG, and Defendant UMG opposes the relief sought in this Motion.

## **Certificate of Service**

I hereby certify that a true and accurate copy of the foregoing *Plaintiff's Motion for Leave to Conduct Preliminary Jurisdictional Discovery* was electronically filed with the Clerk of the Court using the CM/ECF system. Notice of this filing was sent to all parties and counsel of record by operation of the Court's CM/ECF system, and via electronic and/or U.S. mail, postage prepaid on September 13, 2024, to:


Tim Warnock, Esq.
Keane Barger, Esq.
**Loeb & Loeb LLP**
35 Music Square East, Suite 310
Nashville, TN 37203
Telephone: (615) 749-8300
Fax: (615) 676-5189
twarnock@loeb.com
kbarger@loeb.com

Barry Slotnick, Esq. (*pro hac vice*)
**Loeb & Loeb LLP**
345 Park Avenue
New York, NY 10154
Telephone: (212) 407-4000
Fax: (212) 407-4000
bslotnick@loeb.com


*Counsel for Defendant Universal Music Group, Inc.*

*/s/ Jay S. Bowen*
Jay S. Bowen, Esq.