# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| **JON HUME,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**UNIVERSAL MUSIC GROUP, INC. and UNIVERSAL MUSIC AUSTRALIA PTY LIMITED,**<br><br>**Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Civil Action No. 3:24-cv-00746**<br><br>**District Judge Aleta A. Trauger** |

---

**DECLARATION OF JACOB T. CLABO**

---

1. I am over twenty-one years of age, competent to testify in a legal proceeding, and give this declaration of my own personal knowledge. All of the facts set forth herein are true and correct to the best of my knowledge and belief.

2. I am counsel for Plaintiff Jon Hume ("Plaintiff") in this case.

3. On August 16, 2024, a Friday, I conferred with counsel for Defendant Universal Music Group, Inc. ("Defendant UMG") via telephone and email regarding, *inter alia*, the allegations raised in Defendant's UMG's Motion to Dismiss for Lack of Personal Jurisdiction (the "Motion"). A true and correct copy of this email exchange is attached hereto as **Exhibit A**.

4. Specifically, and based on the allegations in the Motion, I asked if counsel could identify the affiliate of Defendant UMG responsible for the U.S. exploitation of "Be Alright" (the "Sound Recording"). (*See* Ex. A).

5. As noted in my email correspondence, I suspected that Defendant UMG may ultimately take the position that UMG Recordings, Inc. may be the party responsible for this conduct. (*See id.*).

6. As I further noted in my email correspondence, there was an incentive for the parties to cooperate in resolving the issues presented in Defendant UMG's Motion, "given the potential fee shifting in this case." (*See id.*).

7. On the following Tuesday, August 20, 2024, I followed up with counsel for Defendant about my inquiry. (*See id.*).

8. On Wednesday, August 21, 2024, I again conferred with counsel for Defendant UMG via telephone, and counsel notified me that he was not authorized to disclose the entity which Defendant UMG contends is responsible for the exploitation of the Sound Recording in the U.S. (*See id.*).

9. I memorialized this phone call in my email exchange with counsel. (*See id.*).

I declare under the penalties of perjury of the laws of Tennessee and the United States that the foregoing is true and correct.

This 13th day of September 2024.

*/s/ Jacob T. Clabo*
Jacob T. Clabo