# EXHIBIT A

## Thomas, Rachel

**From:** Clabo, Jacob
**Sent:** Wednesday, August 21, 2024 5:00 PM
**To:** Tim Warnock
**Cc:** Keane Barger
**Subject:** RE: Hume/UMG/UMG Australia

Tim,

Thank you for the call this afternoon. To confirm, you have not been authorized to accept service on behalf of UMG Australia nor have you been authorized to disclose the UMG entity exploiting the Sound Recording in the U.S.

As I mentioned to you on the call, this leaves us in the position of needing jurisdictional discovery in order to respond to the pending motion. As we further discussed, please let me know if your client is going to oppose this request.

Thanks,

Jacob

---

**From:** Tim Warnock <twarnock@loeb.com>
**Sent:** Tuesday, August 20, 2024 12:33 PM
**To:** Clabo, Jacob <jclabo@buchalter.com>
**Cc:** Keane Barger <kbarger@loeb.com>
**Subject:** RE: Hume/UMG/UMG Australia

This message has originated from an **External Email**. Tim Warnock (twarnock@loeb.com) <twarnock@loeb.com>:

---

Not yet, but I can check again.

**Tim Warnock**
*Partner*

LOEB & LOEB LLP

35 Music Square East, Suite 310 | Nashville, TN 37203
**Direct Dial:** 615.749.8301 | **Fax:** 615.676.5189 | **E-mail:** twarnock@loeb.com
**Los Angeles** | **New York** | **Chicago** | **Nashville** | **Washington, DC** | **San Francisco** | **Beijing** | **Hong Kong** | **www.loeb.com**

---

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender. Please destroy the original transmission and its attachments without reading or saving in any manner. Thank you, Loeb & Loeb LLP.

---

**From:** Clabo, Jacob <jclabo@buchalter.com>
**Sent:** Tuesday, August 20, 2024 11:59 AM
**To:** Tim Warnock <twarnock@loeb.com>

**Cc:** Keane Barger <kbarger@loeb.com>
**Subject:** RE: Hume/UMG/UMG Australia

Tim,

Following up on the below, given our upcoming deadline to respond to your Rule 12 motion. Any response from your client contact on either of these issues?

Jacob

---

**From:** Clabo, Jacob
**Sent:** Friday, August 16, 2024 2:40 PM
**To:** 'Tim Warnock' <twarnock@loeb.com>
**Cc:** Keane Barger <kbarger@loeb.com>
**Subject:** Hume/UMG/UMG Australia

Tim,

Thanks for the time this afternoon on the Hume matter. As I mentioned, there are two things on my mind:

(1) Confirmation that the entity responsible for the U.S. exploitation of the "Be Alright" sound recording is UMG Recordings, Inc. (as opposed to, as pleaded, Universal Music Group, Inc.). If that is the case, or if the responsible entity is a different UMG affiliate, we would propose an agreed amendment to the complaint to substitute the correct party. This would dispense for the need to engage in preliminary motion practice and jurisdictional discovery, something that should be in the interest of all parties given the potential fee shifting in this case.

(2) Confirmation, or not, that you all are going to be representing the Australia entity in this litigation. If so, we would ask that you accept service on behalf of that entity for the same reasons as above—to avoid unnecessary costs in a potential fee shifting case.

Let me know when you can. Otherwise, I am available to discuss.

Thanks, and have a good weekend,

Jacob