IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JON HUME, | ) |
|     Plaintiff, | ) |
| v. | ) Case No. 3:24-cv-00746 |
| | ) Judge Aleta A. Trauger |
| UNIVERSAL MUSIC GROUP, INC., and UNIVERSAL MUSIC AUSTRALIA PTY LIMITED, | ) |
|     Defendants. | ) |

### ORDER

For the reasons set forth in the accompanying Memorandum, the Motion for Leave to Conduct Preliminary Jurisdictional Discovery (Doc. No. 19) filed by the plaintiff is **GRANTED** for the limited purposes specified in the accompanying Memorandum, and the Motion for Case Management Conference (Doc. No. 23) filed by the plaintiff is **DENIED AS MOOT**.

All parties may engage in jurisdictional discovery for 90 days. The plaintiff shall respond to the pending Motion to Dismiss by March 14, 2025.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
United States District Judge